IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR No.: 24-00437-DHU |
| ) | |
| **MARIAH ZUNI,** ) | |
| ) | |
| Defendant. ) | |

### ORDER ACCEPTING FACTUAL STIPULATIONS
### AND ADJUDICATING DEFENDANT NOT GUILTY BY REASON OF INSANITY

**THIS MATTER** is before the Court on the parties' Joint Motion for Order Accepting Factual Stipulations and Adjudicating Defendant Not Guilty by Reason of Insanity. The Court, being fully advised in the premises and noting that no party opposes the motion, finds that that motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the following shall be accepted as proven beyond a reasonable doubt:

1. On or about March 21, 2024, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, Mariah Zuni, an Indian, unlawfully killed John Doe 1 with malice aforethought, in that Defendant killed John Doe 1 willfully, deliberately, maliciously, and with premeditation, by cutting John Doe 1's throat with a knife. These acts violated 18 U.S.C. §§ 1153 and 1111.

2. On or about March 21, 2024, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, Mariah Zuni, an Indian, unlawfully killed John Doe 2 with malice aforethought, in that Defendant killed John Doe 2

willfully, deliberately, maliciously, and with premeditation, by cutting John Doe 2's throat with a knife. These acts violated 18 U.S.C. §§ 1153 and 1111.

**IT IS FURTHER ORDERED** that the following shall be accepted as proven by clear and convincing evidence:

a. At the time she committed these offenses, the defendant was suffering from a severe mental disease; and

b. As a result of this mental disease, the defendant was unable to appreciate the quality and wrongfulness of her conduct.

**IT IS FURTHER ORDERED** that, in light of Defendant's waiver of jury trial and based on the stipulations set forth above, the Defendant shall be adjudicated not guilty by reason of insanity pursuant to 18 U.S.C. § 4242(b)(3).

So Ordered this 29th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
Caitlin Dillon, Assistant U.S. Attorney

Approved by:
Martin Juarez, Counsel for Defendant